## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Timika Moss | Case No.: _____ 18-10855 _____<br><br>Hearing Date: _____<br><br>Chapter: _____ 13 _____<br><br>Judge: _____ ABA _____ |

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____ Andrew B. Altenburg Jr. _____,
United States Bankruptcy Judge.

**Reason for Hearing:**     Objection to Trustee's Certification of Default
_____

**Location of Hearing:**     Courtroom No. _4B_
US Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:**     11/30/2018 at 9:00AM _____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**     ☒ **ARE REQUIRED**     ☐ **ARE NOT REQUIRED**

DATE: October 1, 2018 _____          JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan _____
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ October 1 _____, 20 18 ____ this notice was served on the
following:

Debtor(s)
Debtor(s) Attorney, if any
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan _____
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-10855-ABA
Timika Moss                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1          Date Rcvd: Oct 01, 2018
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db            +Timika Moss,   345 Chestnut Avenue,   Woodlynne, NJ 08107-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
        Andrew Thomas Archer    on behalf of Debtor Timika  Moss aarcher@brennerlawoffice.com,
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Rebecca Ann Solarz   on behalf of Creditor    AmeriHome Mortgage Company, LLC
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5