Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−10855−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timika Moss
   aka Timika Daniels, aka Timika Daniels
   Moss
   345 Chestnut Avenue
   Woodlynne, NJ 08107

Social Security No.:
   xxx−xx−2784

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:        June 11, 2019
Time:       10:00 AM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*53* − Limited Objection to Debtors Motion to Approve Loan Modification (related document:51 Motion to Approve Loan Modification with Midland Mortgage Filed by Andrew Thomas Archer on behalf of Timika Moss. Objection deadline is 05/30/2019. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Timika Moss) filed by Denise E. Carlon on behalf of MIDFIRST BANK. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

and transact such other business as may properly come before the meeting.


Dated: May 28, 2019
JAN: lgr

                              Jeanne Naughton
                              Clerk